No. 12,572.

ANTONIO MONTELEONE VS. MRS. J. M. HARDING ET ALS.

APPEAL from the Civil District Court for the Parish of Orleans. Monroe, J.

---

*Albert Voorhies* for Plaintiff, Appellee.

---

*Dart & Kernan* for Defendants, Appellants.

*Farrar, Jonas, Kruttschnitt & Gurley* for Royal Insurance Company, Intervenor, Appellee.

Argued and submitted February 24, 1898.
Opinion handed down March 8, 1898.
Rehearing refused June 28, 1898.

The opinion of the court was delivered by

BREAUX, J.  The facts in this case and the issues are the same as in the case of A. Monteleone vs. Mrs. J. M. Harding *et als.*, No. 12,541, handed down yesterday morning.

For the reasons assigned in that case, the judgment of the District Court is affirmed.